JEFFREY ROMANOWSKI, PLAINTIFF-RESPONDENT, v. TOWN-SHIP OF BRICK, A BODY POLITIC AND CORPORATE IN LAW, DEFENDANT-APPELLANT, AND ROBERT FORRESTER, PLAINTIFF-RESPONDENT, v. TOWNSHIP OF BRICK, A BODY POLITIC AND CORPORATE IN LAW, DEFENDANT-APPEL-LANT.

Superior Court of New Jersey
Appellate Division

Submitted September 19, 1983—Decided November 22, 1983.

Before Judges ARD, MORTON I. GREENBERG and TRAUT-WEIN.

---

chief of police to maintain control of the police force in the municipality. In light of our determination herein, we need not address that issue.

*Russo, Courtney & Foster,* for appellant Township of Brick (*Joseph L. Foster* on the brief).

*Shebell & Schibell,* for respondent Jeffrey Romanowski (*Raymond P. Shebell* on the brief).

*Novins, Farley, Grossman & York,* for respondent Robert Forrester (*Kenneth R. Pentony* on the brief).

PER CURIAM.

The judgment is affirmed substantially for the reasons expressed by Judge Havey in his opinion of February 8, 1982. 185 *N.J.Super.* 197 (Law Div.1982).

Affirmed.